guess him, and would affirm the criminal contempt conviction.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Peter D. DELANEY, Respondent.**

**No. 342 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, there having been filed with this Court by Peter D. Delaney his verified Statement of Resignation dated May 15, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Peter D. Delaney be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Lyndon Jay PARKER, Respondent.**

**No. 291 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, there having been filed with this Court by Lyndon Jay Parker his verified Statement of Resignation dated May 8, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Lyndon Jay Parker be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**In the Matter of Douglas Howard WEISS.**

**No. 319 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 13th day of June, 1997, Douglas Howard Weiss having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme

Court of New Jersey dated January 28, 1997; the said Douglas Howard Weiss having been directed on April 3, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, the request for a hearing is denied, and it is

ORDERED that Douglas Howard Weiss is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.